FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVYN L. CHRISTIE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 10-3448-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the Agency's decision is reversed and the case is remanded for an award of benefits.

DATED: 9/16/11 .

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\CHRISTIE, D 3448\Judgment.wpd