1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Devyn L. Christie Rosenthal

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DEVYN L. CHRISTIE ROSENTHAL,   )   Case No.: CV 10-3448 DDP (PJW)
                                  )
12        Plaintiff,              )   {PROPOSED} ORDER AWARDING
                                  )   EQUAL ACCESS TO JUSTICE ACT
13     vs.                        )   ATTORNEY FEES AND EXPENSES
                                  )   PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,             )   AND COSTS PURSUANT TO 28
   Commissioner of Social Security,)  U.S.C. § 1920
15                                )
          Defendant               )
16 _____)

17

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $4,300.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE: November 18, 2011

                                    _____
24                                  THE HONORABLE PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ Denise Bourgeois Haley
   _____
4  Denise Bourgeois Haley
Attorney for plaintiff Devyn L. Christie Rosenthal